# NO. 12-08-00400-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *L.C. WEBSTER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF EXIE L. WEBSTER, APPELLANT* | § | *APPEAL FROM THE 7TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *BOBBIE WARD AUDREY PIERCE, AND, DAVITA, INC., APPELLEES* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, L.C. Webster, individually and as representative of the estate of Exie Webster, has filed a motion to dismiss this appeal. In his motion, Webster states that he no longer wishes to pursue the appeal. Because Webster has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered May 13, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)